UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WES PEARCE                                                                                              PLAINTIFF

v.                                        No. 2:18-CV-02074

SAI RAM HOTELS, INC.                                                                           DEFENDANT

## ORDER

The parties have filed a joint motion to dismiss (Doc. 12) pursuant to Federal Rule of Civil Procedure 41(a)(2). The motion represents that the parties have settled the matter. The Court considers dismissal on these terms proper.

IT IS THEREFORE ORDERED that the joint motion to dismiss (Doc. 12) is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 4th day of September, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE